NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRECK, INC.,**
*Plaintiff-Appellee,*

v.

**RESEARCH & DIAGNOSTIC SYSTEMS, INC.
AND TECHNE CORPORATION,**
*Defendants-Appellants.*

---

2011-1044

---

Appeal from the United States District Court for the District of Nebraska in case no. 06-CV-0458, Chief Judge Joseph F. Bataillon.

--------------------------------------------------------------------

---

**STRECK, INC.,**
*Plaintiff-Appellee,*

v.

**RESEARCH & DIAGNOSTIC SYSTEMS, INC.,**
*Defendant-Appellant.*

---

2011-1045

---

Appeal from the United States District Court for the District of Nebraska in case no. 09-CV-0410, Chief Judge Joseph F. Bataillon.

---

## ON MOTION

---

## ORDER

Before NEWMAN, *Circuit Judge.*

The parties jointly move to "set together" these appeals for purposes of oral argument, a motion we treat as a motion to treat these appeals as companion cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent that the cases will be argued together before the same merits panel.

FOR THE COURT

**JUN 15 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Floyd R. Nation, Esq.
Kurt J. Niederluecke, Esq.
Martin M. Zoltick, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 15 2011**

**JAN HORBALY**
**CLERK**